CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 3 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| BRENDA L SEEKFORD, | |
| Plaintiff, | Civil Action No. 5:07CV00045 |
| v. | **FINAL ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | By: Samuel G. Wilson<br>United States District Judge |
| Defendant. | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the decision of the Commissioner, remanding the case to the Commissioner for the sole purpose of calculating and paying benefits, denying the defendant's motion for summary judgment, and dismissing the case from the docket. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the final decision is **VACATED**, the case is **REMANDED** to the Commissioner for further proceedings in accordance with the report and recommendation, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This August 13, 2008.

_____
UNITED STATES DISTRICT JUDGE